IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FWK HOLDINGS, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE LLC, formerly known as "SMITHKLINE BEECHAM CORPORATION," doing business as "GLAXOSMITHKLINE,"<br>TEVA PHARMACEUTICAL INDUSTRIES LTD., and<br>TEVA PHARMACEUTICALS USA, INC.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  23-757 |

## O R D E R

**AND NOW**, this 30th day of May, 2023, upon consideration of Defendants' joint Motion to Transfer (ECF No. 17) and any response and opposition thereto, it hereby **ORDERED** that the Motion to Transfer is **GRANTED**.  Consistent with this Order, the Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the District of New Jersey.  It is further **ORDERED** that upon consideration of Defendants' joint Motion to Stay (ECF No. 18) and any response and opposition thereto, the Motion to Stay is **DENIED** as moot.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**